UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, ET AL | CIVIL ACTION |
| VERSUS | NUMBER: 14-2967 and Consol. Cases [REF: 15-4423] |
| L&L MARINE TRANSPORTATION, INC., ET AL | SECTION: "F" |

**J U D G M E N T**

In accordance with the Court's Order and Reasons filed on April 19, 2017, record document number 124,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of P&I Underwriters and against Atlantic Specialty Insurance Company. Civil Action 15-4423 is hereby DISMISSED.

New Orleans, Louisiana, this 25th day of April 2017.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE